**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>JASON A WILLIAMS<br>SHERINA L WILLIAMS<br>Debtor(s) | Case No. 14-22201 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/13/2014.

2) The plan was confirmed on 10/16/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/28/2016.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,400.15 |
| Less amount refunded to debtor | $184.62 |
| **NET RECEIPTS:** | **$8,215.53** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $342.98 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,342.98** |

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAMS LLC | Unsecured | 24,870.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| AARON SALES & LEASE OWNERSHIP | Unsecured | 1,415.76 | NA | NA | 0.00 | 0.00 |
| AARP | Unsecured | 271.20 | NA | NA | 0.00 | 0.00 |
| AARP | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Unsecured | 2,612.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED RADIOLOGISTS | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS | Unsecured | 350.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,500.00 | 1,342.90 | 1,342.90 | 0.00 | 0.00 |
| AMO RECOVERIES | Unsecured | 872.73 | NA | NA | 0.00 | 0.00 |
| ANTHONY MARINELI MD | Unsecured | 77.07 | NA | NA | 0.00 | 0.00 |
| ARGENT HEALTHCARE | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 30.00 | 30.84 | 30.84 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 2,277.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 250.05 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 268.61 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| BIEHL & BIEHL | Unsecured | 7.50 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 539.86 | NA | NA | 0.00 | 0.00 |
| CBA COLLECTION BUREAU | Unsecured | 346.05 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 1,516.59 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 1,679.00 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 1,147.58 | NA | NA | 0.00 | 0.00 |
| CENTER FOR MINIMALLY INVASIVE | Unsecured | 28.73 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA | Unsecured | 30.70 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 1,122.81 | 1,122.81 | 1,122.81 | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO EMERGENCY MED | Unsecured | 2,043.00 | NA | NA | 0.00 | 0.00 |
| Cks Financial | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| CMRE FINANCIAL SERVICES | Unsecured | 192.89 | NA | NA | 0.00 | 0.00 |
| Cmre Financial Svcs In | Unsecured | 1,184.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 439.89 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 785.88 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,528.66 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 35.80 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY HEALTH & HOSPITAL | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| CPMG MA LLC | Unsecured | 46.93 | NA | NA | 0.00 | 0.00 |
| Crd Prt Asso | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 417.17 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 491.86 | NA | NA | 0.00 | 0.00 |
| DHANA LAKSHMI GANESAN MD SC | Unsecured | 33.62 | NA | NA | 0.00 | 0.00 |
| DHS CASH MANAGEMENT | Unsecured | 146.66 | NA | NA | 0.00 | 0.00 |
| DHS CASH MANAGEMENT | Unsecured | 146.66 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 193.30 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ENCOMPASS PHYSICIAN | Unsecured | 41.74 | NA | NA | 0.00 | 0.00 |
| EPMG OF ILL | Unsecured | 19.64 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 2,277.06 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| EX SPRESSIONS VARIETY | Unsecured | 37.39 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| FIRST REVENUE ASSURANCE | Unsecured | 1,250.95 | NA | NA | 0.00 | 0.00 |
| Firstsource Advantage, LLC | Unsecured | 104.74 | NA | NA | 0.00 | 0.00 |
| GC SERVICES | Unsecured | 2,876.87 | NA | NA | 0.00 | 0.00 |
| GLOBAL CREDIT | Unsecured | 345.06 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 1,132.00 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 196.60 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 85.70 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Secured | 1,813.00 | 3,788.06 | 3,788.00 | 2,179.51 | 131.30 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 1,975.00 | NA | 0.06 | 0.00 | 0.00 |
| HIGHLIGHTS FOR CHILDREN | Unsecured | 24.84 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 57.08 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 10,237.72 | NA | NA | 0.00 | 0.00 |
| IL LABORATORY MEDICINE ASSOC | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SERVICE | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 8,927.20 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 17,000.00 | 26,772.86 | 26,772.86 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 2,192.87 | 2,192.87 | 1,561.74 | 0.00 |
| INTERSTATE POWER | Unsecured | 364.00 | 363.67 | 363.67 | 0.00 | 0.00 |
| JESSICA LONDON | Unsecured | 391.39 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| LAKESHORE GASTROENTEROLOGY | Unsecured | 49.37 | NA | NA | 0.00 | 0.00 |
| LATHROP & GAGE | Unsecured | 407.10 | NA | NA | 0.00 | 0.00 |
| LGBS LLP | Unsecured | 3,428.88 | NA | NA | 0.00 | 0.00 |
| LHK DENTAL PC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LINN COUNTY ANESTHESIOLOGISTS | Unsecured | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LLOYD KLEIN | Unsecured | 3.80 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS & CO | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS & CO | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS & CO | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS & CO | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MED CTR | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MED CTR | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MED CTR | Unsecured | 1,466.00 | NA | NA | 0.00 | 0.00 |
| M3 Financial Services | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| MACNEAL HOSPITAL | Unsecured | 724.43 | NA | NA | 0.00 | 0.00 |
| MALCOM DEAN MD | Unsecured | 45.48 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 19.50 | NA | NA | 0.00 | 0.00 |
| METRO CENTER FOR HEALTH | Unsecured | 208.13 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN ADJUSTMENT BURI | Unsecured | 1,197.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,656.75 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,657.00 | 1,656.75 | 1,656.75 | 0.00 | 0.00 |
| MIDTOWN PHYSICIANS | Unsecured | 213.29 | NA | NA | 0.00 | 0.00 |
| MIDWEST ASSOCIATES IN NEUROLC | Unsecured | 57.08 | NA | NA | 0.00 | 0.00 |
| MIDWEST CLINICAL IMAGING | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST INTERNIST | Unsecured | 15.16 | NA | NA | 0.00 | 0.00 |
| MILE SQUARE HEALTH CENTER | Unsecured | 152.94 | NA | NA | 0.00 | 0.00 |
| MITCHELL N KAY | Unsecured | 1,861.33 | NA | NA | 0.00 | 0.00 |
| MORGAN & MORIO ORAL & MAXILL | Unsecured | 6,700.00 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 98.30 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 243.60 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 243.60 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 388.56 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 1,216.00 | NA | NA | 0.00 | 0.00 |
| MT SINAI HOSPITAL MEDICAL CTR | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| National Payment Center | Unsecured | 50,893.43 | NA | NA | 0.00 | 0.00 |
| NATIONAL PEN | Unsecured | 766.32 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 227.10 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 295.66 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,277.06 | NA | NA | 0.00 | 0.00 |
| NO IL EMERGENCY | Unsecured | 36.98 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION LLC | Unsecured | 5,318.09 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,300.00 | 1,418.57 | 1,418.57 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,000.00 | 443.25 | 443.25 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 234.96 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Unsecured | 75.44 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 345.06 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,373.22 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 401.51 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 24.79 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 3,546.00 | 5,063.54 | 5,063.54 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,188.96 | NA | NA | 0.00 | 0.00 |
| PITNEY BOWES | Unsecured | 30.08 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| PROACTIV SOLUTION | Unsecured | 45.85 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT | Unsecured | 108.75 | NA | NA | 0.00 | 0.00 |
| RADADVANTAGE ILLINOIS PC | Unsecured | 22.50 | NA | NA | 0.00 | 0.00 |
| RMS | Unsecured | 475.33 | NA | NA | 0.00 | 0.00 |
| ROCHESTER 100 INC | Unsecured | 126.50 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| SCHEER GREEN BURKE CO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SINAI HEALTH SYSTEM | Unsecured | 98.30 | NA | NA | 0.00 | 0.00 |
| SINAI HEALTH SYSTEM | Unsecured | 986.45 | NA | NA | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 1,413.86 | NA | NA | 0.00 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 1,326.48 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 2,106.00 | NA | NA | 0.00 | 0.00 |
| ST LUKES HOSPITAL | Unsecured | 682.40 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 1,358.14 | NA | NA | 0.00 | 0.00 |
| SYLVAN LEARNING | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| TERMINIX PROCESSING CENTER | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| TIESENGA SURGICAL ASSOCIATES | Unsecured | 2,351.32 | NA | NA | 0.00 | 0.00 |
| TOTAL CARD INC | Unsecured | 4,547.52 | NA | NA | 0.00 | 0.00 |
| TOWN OF CICERO | Unsecured | 1,550.00 | NA | NA | 0.00 | 0.00 |
| U S Dept Of Ed/Gsl/Atl | Unsecured | 42,259.00 | NA | NA | 0.00 | 0.00 |
| UIC PATHOLOGY | Unsecured | 499.60 | NA | NA | 0.00 | 0.00 |
| UIC PATHOLOGY | Unsecured | 10.35 | NA | NA | 0.00 | 0.00 |
| UNITED HEALTH | Unsecured | 6.81 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL SECURITY INC | Unsecured | 79.90 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL MEDICAL CTR | Unsecured | 90.61 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL MEDICAL CTR | Unsecured | 40.99 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL MEDICAL CTR | Unsecured | 499.60 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL MEDICAL CTR | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 305.35 | NA | NA | 0.00 | 0.00 |
| VALENTINE & KEBARTAS | Unsecured | 1,206.24 | NA | NA | 0.00 | 0.00 |
| Vanguard West Suburban Med | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| VENGROFF & WILLIAMS ASSOC INC | Unsecured | 435.89 | NA | NA | 0.00 | 0.00 |
| VILLAGE RADIOLOGY | Unsecured | 1.48 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 58.02 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN PRO RECIEVABLE | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 17.15 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK OF ILLINOIS | Unsecured | 366.65 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,788.00 | $2,179.51 | $131.30 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,788.00** | **$2,179.51** | **$131.30** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,192.87 | $1,561.74 | $0.00 |
| **TOTAL PRIORITY**: | **$2,192.87** | **$1,561.74** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$40,465.25** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,342.98 |
| Disbursements to Creditors | $3,872.55 |
| **TOTAL DISBURSEMENTS** : | **$8,215.53** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/21/2016     By: /s/ Tom Vaughn
                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**